# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CORY KONOLD,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 21-cr-160-TJK<br>)<br>)<br>)<br>)<br>)<br>) |

## CORY KONOLD'S MOTION FOR AN ORDER PERMITTING HIM TO TRAVEL TO CALIFORNIA

Defendant Cory Konold surrendered early to the Bureau of Prisons, has completed his term of incarceration and is now on supervised release. He would like to travel from his home in Tucson, Arizona to Alpine, California, so he can assist his grandmother as she moves out of her home. She is in poor health and cannot afford to hire a moving company. Konold would travel to Alpine on Friday, April 12 and return on Sunday, April 14. Konold's Probation Officer advised that the Court's approval would be necessary. Konold is grateful for the Court's consideration of this request.

Dated: April 10, 2024

Respectfully submitted,

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

1

**Certificate of Service**

I hereby certify that on the 10th day of April, 2024, I filed the foregoing submission with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Attorney for Cory Konold*