**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> WILLIAM CHRESTMAN, <br><br> Defendant. | Case No. 1:21-cr-160-TJK-5 |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel respectfully moves the Court to withdraw as a counsel of record in this matter.

Judgment was entered in this matter on January 12, 2024. ECF No. 245. Although undersigned counsel has not represented the defendant since that time, counsel remains listed as counsel of record on the docket. Accordingly, as the undersigned does not currently represent Mr. Chrestman, counsel requests that the Court grant this motion so the docket may accurately reflect this fact. This motion has been served upon the defendant personally. LCrR 44.5(d). Mr. Chrestman has no objection to this motion.

Dated: February 4, 2025                         Respectfully submitted,

                                                    */s/ Edward R. Martin, Jr.*
                                                    Edward R. Martin, Jr.
                                                    10017 Park Royal Drive
                                                    Great Falls, VA 22066
                                                    Phone: (314) 606-6462
                                                    Email: edmartin1791@gmail.com

**Certificate of Service**

I hereby certify that on the 4th day of February, 2025, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

> */s/ Edward R. Martin, Jr.*
> Edward R. Martin, Jr.
> 10017 Park Royal Drive
> Great Falls, VA 22066
> Phone: (314) 606-6462
> Email: edmartin1791@gmail.com